# 626

Opinion filed February 25, 1935. Rehearing denied March 11, 1935.

Henry G. Ferncase and C. Sidney Van Duzer, for appellant. Mayer, Meyer, Austrian & Platt, for appellee First Nat. Bank & Trust Co.; Carl Meyer, David F. Rosenthal and Jacob X. Schwartz, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, plaintiff in error, v. Patrick Marquez, defendant in error. Gen. No. 37,778.

Opinion filed February 25, 1935.

Thomas J. Courtney, State's Attorney, for plaintiff in error; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. Alfred O'Connor, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois ex rel. Meyer Greenberg, defendant in error, v. H. S. Gratch, plaintiff in error. Gen. No. 37,839.

Opinion filed February 25, 1935.

Arthur J. Goldberg, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Emily Marchetta and Michael Marchetta, appellants, v. Maria Nardella, appellee. Gen. No. 37,848.

Opinion filed February 25, 1935.

Arthur E. Walsh, for appellants. No appearance for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Lake Shore Country Club, appellee, v. Horace L. Brand et al., appellants. Gen. No. 37,685.

Opinion filed February 25, 1935.

John J. Healy and John H. S. Lee, for certain appellants. Ernest Saunders, for certain other appellants. Julius Moses, Frederic Burnham and Walter Bachrach, for appellee.

Mr. Justice McSurely delivered the opinion of the court.